## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:95CR133 |
| **Plaintiff,** | ) | |
| | ) | ORDER |
| vs. | ) | |
| **ALEJANDRO H. FLORES,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion pursuant to Federal Rule of Criminal Procedure 48(b)(3).

The Defendant was charged in an Indictment filed on October 19, 1995 (Filing No. 9). He has never appeared. Almost eleven years have passed with no activity in this case with respect to this Defendant. Therefore, the Court will require the government to show cause why this case should not now be dismissed without prejudice for failure to prosecute. In particular, the Court requires that the government address whether ongoing efforts are being made to locate the Defendant, the continued availability of witnesses, and similar related matters.

IT IS ORDERED:

1. On or before July 7, 2006, the government shall file a pleading showing why this case should not be dismissed for failure to prosecute; and

2. If such a pleading is not timely filed, this case may be dismissed without further notice.

DATED this 19th day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge